IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–N–2021 (CBS)


JEFFREY LARSON,

    Plaintiff,

v.

COLO. DEPT. OF CORRECTIONS, EXEC. DIR., JOE ORTIZ,
COLO. BOARD OF PAROLE,
DR. [ ] CABLING, and
DAVID PAUL,

    Defendants.

---

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION
---

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed September 28, 2005. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. Defendants' Motion to Dismiss Plaintiff's Amended Complaint (#72) is GRANTED.

3. Defendants' Motion to Limit Discovery Pending Decision on Defendants' Motion to Dismiss Amended Complaint (#74) is DENIED as moot.

    4.   This civil action is dismissed with prejudice.

DATED this 21st day of November, 2005.

                                                BY THE COURT:

                                                s/ Edward W. Nottingham
                                                EDWARD W. NOTTINGHAM
                                                United States District Judge